THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CARMEN VINCI, Appellant.

Submitted October 9, 1946; decided November 14, 1946.

*Samuel Levy* for appellant.

*William M. Nicoll, District Attorney (Emmet J. Lynch* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.